UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CODY LEE WALTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:11CV000119SNLJ |
| ) | |
| ROBERT DAWSON, et al., ) | |
| ) | |
| Defendant, ) | |

## **ORDER**

On July 5, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned a Southeastern Division case number. However, the above referenced case requires an Northern Division case number.

Therefore, this case must be randomly reassigned a Northern Division case number.

**IT IS HEREBY ORDERED** that the Southeastern Division case is closed and the case has been reassigned as Northern Division case number 2:11CV0048NAB and randomly assigned to Magistrate Judge Nannette A Baker.

July 6, 2011                                                JAMES G. WOODWARD
DATE                                                              CLERK OF COURT


                                                                By: /s/ Karen Moore
                                                                        Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:11CV0048NAB.**